# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SHANA CROWE,

    Plaintiff

v.

SOURTHERN NEVADA REGIONAL
HOUSING AUTHORITY, et al.,

    Defendants

Case No.: 2:26-cv-01396-APG-BNW

**Order Accepting Report and
Recommendation**

[ECF No. 14]

On May 19, 2026, Magistrate Judge Weksler recommended that I dismiss with prejudice several claims in plaintiff Shana Crowe's complaint. ECF No. 14 at 9.  Crowe did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Weksler's report and recommendation **(ECF No. 14) is accepted**.  The following claims in plaintiff Shana Crowe's complaint are dismissed with prejudice:

    1. The ADA Title II claim against Wynn Realty Group.

    2. The ADA claim against HUD.

    3. The FHA claim against HUD for damages.

    4. The § 1983 claim based on 24 C.F.R. § 5.628 against HUD.

    5. The § 1983 claim based on 24 C.F.R. § 982.555 against HUD.

6. The Fifth Amendment claim against SNRHA and HUD.

7. The Eighth Amendment claim against all defendants.

DATED this 9th day of June, 2026.

_____

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE