**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Shana Crowe, | Case No. 2:26-cv-01396-APG-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| Southern Nevada Regional Housing Authority, et al., | |
| Defendants. | |

On May 14, 2026, the Court ordered Plaintiff to complete the USM-285 form for Defendant Southern Nevada Regional Housing Authority ("SNRHA") and return it to the United States Marshals Service ("USMS") by June 4, 2026. ECF No. 14. The Court subsequently withdrew that order. ECF No. 13. It issued a new order directing Plaintiff to complete the USM-285 form for Defendant SNRHA and return it to the USMS by a new date—June 8, 2026. ECF No. 14. On June 8, 2026, the Clerk's Office entered a "summons returned executed" (back dated to June 5, 2026) for Defendant SNRHA because the USMS did not receive the completed USM-285 form on or before June 4, 2026. ECF No. 17. It is unclear whether the USMS received a completed USM-285 form after the withdrawn June 4th deadline but before the new June 8th deadline. Given the confusion with two orders and two deadlines, this Court directs Plaintiff to re-submit the USM-285 form according to the below instructions:

**IT IS THEREFORE ORDERED** that the Clerk of Court must issue a summons for Southern Nevada Regional Housing Authority and deliver the same to the USMS for service together with one copy of each of the following documents: this Order, the operative complaint (ECF No. 15), and the Court's Screening Order (ECF No. 14).

**IT IS FURTHER ORDERED** that the Clerk of Court must send Plaintiff one blank USM-285 form together with a copy of this Order.

**IT IS THEREFORE ORDERED** that Plaintiff shall have until **July 10, 2026,** to fill out the required USM-285 form and send it to the USMS.

**IT IS FURTHER ORDERED** that the USMS must, in accordance with Federal Rule of Civil Procedure 4(c)(3), attempt service on SNRHA, Inc. no later than 21 days after receipt of the completed USM-285 form.

**IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, Plaintiff's claims against Defendant SNRHA may be subject to dismissal for failure to complete service of process pursuant to Federal Rule of Civil Procedure 4(m).

DATED: June 10, 2026

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE