**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SHANA CROWE,

Plaintiff

v.

SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY, et al.,

Defendants

Case No.: 2:26-cv-01396-APG-BNW

**Order Denying Motions for Injunctive Relief Without Prejudice**

[ECF Nos. 4, 5, 6, 8]

Plaintiff Shana Crowe filed several motions seeking injunctive relief. She has yet to successfully serve the only defendant for whom a summons has issued, Southern Nevada Regional Housing Authority. *See* ECF Nos. 16-21. I deny her motions for injunctive relief without prejudice to refiling them if she completes service.

I THEREFORE ORDER that plaintiff Shana Crowe's motions for injunctive relief **(ECF Nos. 4, 5, 6, 8) are DENIED without prejudice**.

DATED this 30th day of October, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE